# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-1210

_____

Dennis Sands,                                    *
                                                 *
                Appellant,                       *
                                                 *
Walter Sands; Vivian Sands,                      *
                                                 *
                Plaintiffs,                       *
                                                 *  Appeal from the United States
        v.                                       *  District Court for the
                                                 *  District of Minnesota.
Production Credit Association, of                *
Fairmont, a corporation; Production             *          [UNPUBLISHED]
Credit Association, of Mankato, a               *
corporation; Federal Intermediate               *
Credit Bank, of St. Paul, a corporation;        *
Farm Credit Administration; John                *
Does,                                            *
                                                 *
                Appellees.                       *

_____

Submitted:  July 30, 1998
Filed:  August 7, 1998

_____

Before BOWMAN, Chief Judge, WOLLMAN, and MORRIS SHEPPARD ARNOLD,
        Circuit Judges.

_____

PER CURIAM.

Dennis Sands appeals the District Court's[1] order dismissing his suit with prejudice and imposing a $5,000 sanction. Having carefully reviewed the record and submissions, we conclude the District Court did not abuse its discretion. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.